**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**CLEAR CHANNEL OUTDOOR, INC.**                                                                                    **PLAINTIFF**

**VS.**                                                                **CIVIL ACTION NO. 2:05CV222-P-A**

**MAYOR AND BOARD OF ALDERMEN
OF THE TOWN OF WALLS, MISSISSIPPI;
WEST DESOTO LAND COMPANY, A
MISSISSIPPI GENERAL PARTNERSHIP;
PHILLIP R. ZANONE; "MAC" McKEE;
TERRY McFARLAND and JOHN DOE
DEFENDANTS 1-10**                                                                                       **DEFENDANTS**

<u>**ORDER**</u>

This matter comes before the court upon the parties' Joint Stipulation for Withdrawal of Motions Without Prejudice [53-1]. Upon due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The Joint Stipulation for Withdrawal of Motions Without Prejudice [53-1] is hereby **GRANTED**; therefore,

(2) Defendant Walls's Motion to Dismiss or Alternatively for Summary Judgment [17-1] is denied without prejudice with permission to refile prior to February 7, 2007;

(3) Plaintiff Clear Channel's Motion to Dismiss [30-1] is denied without prejudice with permission to refile prior to February 7, 2007; and

(4) Defendant West Desoto Land Company's Motion for Summary Judgment and/or Declaratory Judgment on Count I of its Counterclaim [33-1] is denied without prejudice with

1

permission to refile prior to February 7, 2007.

**SO ORDERED** this the 15th day of May, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE